FILED
March 7, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                           )     Case No. 2:06-mj-67 KJM
       Plaintiff, )
v. )     ORDER FOR RELEASE OF
                                           )     PERSON IN CUSTODY
Sonny Martinez, )
                                           )
_____)
       Defendant.

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Sonny Martinez Case No. 2:06-mj-67 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of _____

             ___    Unsecured Appearance Bond

             ___    Appearance Bond with 10% Deposit

             _X_    Appearance Bond secured by Real Property

             ___    Corporate Surety Bail Bond

    _X_    (Other) PTS conditions/supervision

Issued at Sacramento, CA on 3/7/06 at 2:35 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge