UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
March 7, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES OF AMERICA,            )
                                     )   Case No. 2:06-mj-67 KJM
                 Plaintiff,          )
v.                                   )   ORDER FOR RELEASE OF
                                     )   PERSON IN CUSTODY
Sonny Martinez,                      )
                                     )
_____)
                 Defendant.

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release Sonny Martinez Case No. 2:06-mj-67 KJM _ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __     Release on Personal Recognizance

    __     Bail Posted in the Sum of _____

            __     Unsecured Appearance Bond

            __     Appearance Bond with 10% Deposit

            X      Appearance Bond secured by Real Property

            __     Corporate Surety Bail Bond

    X      (Other) PTS conditions/supervision

Issued at  Sacramento, CA  on 3/7/06   at 2:35 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge